IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESHUN WILLIAMS**
**ADC #146670**                                                                                                  **PLAINTIFF**

v.                                          CASE NO. 4:21-CV-00440-BSM

**BYURS,** *et al.*                                                                                                **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE